# EXHIBIT D



46 Stafford Street Lawrence, MA 01842-1609 – U.S.A. – Tel(978) 685-6341 FAX(978) 659-5316

```
REMIT TO:  PNC Bank, N.A.
           POLARTEC, LLC
           Account No. 8026569699
           Swift Code: PNCCUS33.
                USA
```

**SOLD TO:**
Junny Interwork Corp.
Lauren Park
#814 Indeokwon Sung jee 954-6
Gwanyang Dongan-su 431-060
Gyeonggi-do
KOREA, REPUBLIC OF

PXM

**SHIP TO:**
Dong Tam Garment Company Ltd.
Luong Hoang Nam
No 26A, Chuong Duong St. Tran
Phu Urban Hai Duong City
Hai Huong Province
VIETNAM

HK

| ORDERING CUSTOMER | PAYMENT TERMS | | VAT ID |
|---|---|---|---|
| 17255 Junny Int/Extreme Sports Divas | CBD | | |

| SHIP VIA | SHIPMENT TERMS | LOAD NUMBER |
|---|---|---|
| Shanghai Lucky Load int log Co | Free on Board | 309600 |

| CUSTOMER NO. | SALESPERSON | CUSTOMER PURCHASE ORDER NO. | BILL OF LADING | ORDER NO. |
|---|---|---|---|---|
| 17254 | House Account | DIVAS2016BULK | 000000000614983 | 534282 |

| ITEM | DESCRIPTION | QUANTITY | UM | PRICE | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| 66000X99J14A | **LAMN NYL WOV/NYL TRICOT** | 1038.213<br>1135.411 | M<br>YD | 19.5000 | 20,245.15 | USD |
| | ASPHALT GREY/LIGHT GREY<br>100% NYLON<br>COMPOSED OF THE FOLLOWING COMPONENTS:<br>FACE: 100% NYLON<br>BACK: 100% NYLON<br>5407.42.0000  WOVEN FACE<br>Country of Origin:  CHINA | | | | | |
| 66000X29M76A | **LAMN NYL WOV/NYL TRICOT** | 997.055<br>1090.399 | M<br>YD | 19.5000 | 19,442.57 | USD |
| | BLUE #3/LT GREY<br>100% NYLON<br>COMPOSED OF THE FOLLOWING COMPONENTS:<br>FACE: 100% NYLON<br>BACK: 100% NYLON<br>5407.42.0000  WOVEN FACE<br>Country of Origin:  CHINA | | | | | |
| 66000X49L42A | **LAMN NYL WOV/NYL TRICOT** | 1094.311<br>1196.760 | M<br>YD | 19.5000 | 21,339.06 | USD |
| | PINK #2/LT GREY<br>100% NYLON<br>COMPOSED OF THE FOLLOWING COMPONENTS:<br>FACE: 100% NYLON<br>BACK: 100% NYLON<br>5407.42.0000  WOVEN FACE<br>Country of Origin:  CHINA | | | | | |
| | SUB TOTAL: | | | | 61,026.78 | USD |

**POLARTEC®**

ALL CLAIMS TO BE REPORTED WITHIN TEN DAYS AFTER RECEIPT OF GOODS.   NO ALLOWANCES MADE AFTER GOODS ARE CUT.
GOODS DELIVERED TO COMMON CARRIERS OR SENT VIA COURIER ARE AT THE RISK OF THE PURCHASER.



46 Stafford Street Lawrence, MA 01842-1609 – U.S.A. – Tel(978) 685-6341 FAX(978) 659-5316

| ORIGINAL INVOICE | | |
|---|---|---|
| PAGE | INVOICE DATE | INVOICE NO. |
| 2 of 2 | 6/17/15 | MM549445 |

REMIT TO: PNC Bank, N.A.
POLARTEC, LLC
Account No. 8026569699
Swift Code: PNCCUS33.
USA

SOLD TO:
Junny Interwork Corp.
Lauren Park
#814 Indeokwon Sung jee 954-6
Gwanyang Dongan-su 431-060
Gyeonggi-do

SHIP TO:
Dong Tam Garment Company Ltd.
Luong Hoang Nam
No 26A, Chuong Duong St. Tran
Phu Urban Hai Duong City
Hai Huong Province

PXM    KOREA, REPUBLIC OF      VIETNAM    HK

| ORDERING CUSTOMER | PAYMENT TERMS | VAT ID |
|---|---|---|
| 17255 Junny Int/Extreme Sports Divas | CBD | |

| SHIP VIA | SHIPMENT TERMS | LOAD NUMBER |
|---|---|---|
| Shanghai Lucky Load int log Co | Free on Board | 309600 |

| CUSTOMER NO. | SALESPERSON | CUSTOMER PURCHASE ORDER NO. | BILL OF LADING | ORDER NO. |
|---|---|---|---|---|
| 17254 | House Account | DIVAS2016BULK | 000000000614983 | 534282 |

| ITEM | DESCRIPTION | QUANTITY | UM | PRICE | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| | **TOTAL AMOUNT DUE:** | | | | 61,026.78 | USD |
| | TOTAL QTY: | 3129.579 | M | | | |
| | TOTAL QTY: | 3422.570 | YD | | | |
| | TOTAL WEIGHT: | 1518.079 | LB | 688.592 | KG | |
| | Finished Goods Roll | 41 | | | | |

This invoice is subject to a late payment charge of 1.5% per month if not paid by its due date

\* \* \* END OF INVOICE \* \* \*

POLARTEC

ALL CLAIMS TO BE REPORTED WITHIN TEN DAYS AFTER RECEIPT OF GOODS. NO ALLOWANCES MADE AFTER GOODS ARE CUT.
GOODS DELIVERED TO COMMON CARRIERS OR SENT VIA COURIER ARE AT THE RISK OF THE PURCHASER.