# Declaration of Gregory Bousquet
# Exhibit C

```
REMIT TO:  PNC Bank, N.A.
           POLARTEC, LLC
           Account No. 8026569672
           Swift Code: PNCCUS33.
                USA
```

| | | |
|---|---|---|
| **SOLD TO** | Extreme Sports Divas LLC<br>Wendy Gavinski<br>327 Market Street<br>Oregon<br>WI                         53575<br>USA | |
| **SHIP TO** | Junnyinterowrk Corperation<br><br>#814, Indeokwon Sung jee<br>starwith,954-6,Gwanyang dong,<br>Dongan-gu Anyang-siGyeonggi-do<br><br>KOREA, REPUBLIC OF | |

PXM                                                                                                SR

| ORDERING CUSTOMER | PAYMENT TERMS | VAT ID |
|---|---|---|
|  | Net 30 | NL 821444852B01 |

| SHIP VIA | SHIPMENT TERMS | LOAD NUMBER |
|---|---|---|
| FEDEX PRIORITY | EXW-LAWRENCE,MA USA | 262010 |

| CUSTOMER NO. | SALESPERSON | CUSTOMER PURCHASE ORDER NO. | BILL OF LADING | ORDER NO. |
|---|---|---|---|---|
| 16708 | Lynne Richardson | JUNNYSAMPLES | 000000000548750 | 475572 |

| ITEM | DESCRIPTION | QUANTITY | UM | PRICE | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| **6685X49990A** | **LAMN HVY NYL WOV/TRICT**<br><br>PIMENTO/LIGHT GREY<br>75% NYLON, 25% POLYESTER<br>COMPOSED OF THE FOLLOWING COMPONENTS:<br>FACE: 100% NYLON<br>BACK: 100% POLYESTER<br>FUNCTIONAL LAYER: 100% POLYURETHANE<br>5407.42.0000   WOVEN FACE<br>Country of Origin:   CHINA | 5.000<br>5.468 | M<br>YD | 23.9000 | 119.50 | USD |
| **NST1-13** | **NEO SHELL TAPE 1-13**<br><br>79% TRANSPARENT POLYURETHANE<br>FILM, 21% DYED POLYAMIDE KNIT<br>5903.20.1000   FABRIC LAMINATED WITH POLYURET<br>Country of Origin: BELGIUM | 100.000<br>109.362 | M<br>YD | .4400 | 44.00 | USD |
| **NST1-20** | **NEO SHELL TAPE 1-20**<br><br>79% TRANSPARENT POLYURETHANE<br>FILM, 21% DYED POLYAMIDE KNIT<br>5903.20.1000   FABRIC LAMINATED WITH POLYURET<br>Country of Origin: BELGIUM | 100.000<br>109.362 | M<br>YD | .4400 | 44.00 | USD |
| **NST2-20** | **NEO SHELL TAPE 2-20**<br><br>79% TRANSPARENT POLYURETHANE<br>FILM, 21% DYED POLYAMIDE KNIT<br>5903.20.1000   FABRIC LAMINATED WITH POLYURET<br>Country of Origin: BELGIUM | 100.000<br>109.362 | M<br>YD | .4400 | 44.00 | USD |
| **NST2-13** | **NEO SHELL TAPE 2-13** | 100.000 | M | .4400 | 44.00 | USD |

**ALL CLAIMS TO BE REPORTED WITHIN TEN DAYS AFTER RECEIPT OF GOODS.   NO ALLOWANCES MADE AFTER GOODS ARE CUT.**
GOODS DELIVERED TO COMMON CARRIERS OR SENT VIA PARCEL POST ARE AT THE RISK OF THE PURCHASER.
FABRICS LISTED HEREIN ARE CLASSIFIED CLASS I, WHEN TESTED IN ACCORDANCE WITH COMMERCIAL STANDARD 191-53.

# POLARTEC, LLC

46 STAFFORD STREET, P.O. BOX 809, LAWRENCE, MA 01842-1609 - U.S.A. - TEL(978)685-6341 FAX(978)975-2595

```
REMIT TO:  PNC Bank, N.A.
           POLARTEC, LLC
           Account No. 8026569672
           Swift Code: PNCCUS33.
                USA
```

| SOLD TO | SHIP TO |
|---|---|
| Extreme Sports Divas LLC<br>Wendy Gavinski<br>327 Market Street<br>Oregon<br>WI                53575<br>USA | Junnyinterowrk Corperation<br><br>#814, Indeokwon Sung jee<br>starwith,954-6,Gwanyang dong,<br>Dongan-gu Anyang-siGyeonggi-do<br><br>KOREA, REPUBLIC OF |

PXM                                                                                                   SR

| ORDERING CUSTOMER | PAYMENT TERMS | VAT ID |
|---|---|---|
|  | Net 30 | NL 821444852B01 |

| SHIP VIA | SHIPMENT TERMS | LOAD NUMBER |
|---|---|---|
| FEDEX PRIORITY | EXW-LAWRENCE,MA USA | 262010 |

| CUSTOMER NO. | SALESPERSON | CUSTOMER PURCHASE ORDER NO. | BILL OF LADING | ORDER NO. |
|---|---|---|---|---|
| 16708 | Lynne Richardson | JUNNYSAMPLES | 000000000548750 | 475572 |

| ITEM | DESCRIPTION | QUANTITY | UM | PRICE | AMOUNT | CUR |
|---|---|---|---|---|---|---|
|  |  | 109.362 | YD |  |  |  |
|  | 79% TRANSPARENT POLYURETHANE<br>FILM, 21% DYED POLYAMIDE KNIT<br>5903.20.1000   FABRIC LAMINATED WITH POLYURET<br>Country of Origin:  BELGIUM |  |  |  |  |  |
|  | SUB TOTAL: |  |  |  | 295.50 | USD |
|  | **TOTAL AMOUNT DUE:** |  |  |  | 295.50 | USD |
|  | TOTAL QTY:<br>TOTAL QTY:<br>TOTAL WEIGHT: | 405.000<br>442.916<br>50.270 | M<br>YD<br>LB | | 22.802 | KG |

```
SAMPLES  1cut 1ctn 9lbs
frt pd by customer
trk# 5564 9515 4537, 3/6
```

This invoice is subject to a late payment charge of 1.5% per month if not paid by its due date

*** END OF INVOICE ***

**ALL CLAIMS TO BE REPORTED WITHIN TEN DAYS AFTER RECEIPT OF GOODS.   NO ALLOWANCES MADE AFTER GOODS ARE CUT.**
GOODS DELIVERED TO COMMON CARRIERS OR SENT VIA PARCEL POST ARE AT THE RISK OF THE PURCHASER.
FABRICS LISTED HEREIN ARE CLASSIFIED CLASS I, WHEN TESTED IN ACCORDANCE WITH COMMERCIAL STANDARD 191-53.

# POLARTEC, LLC

46 STAFFORD STREET, P.O. BOX 809, LAWRENCE, MA 01842-1609 - U.S.A. - TEL(978)685-6341 FAX(978)975-2595

**ORIGINAL INVOICE**

| PAGE | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1 of 2 | 3/08/13 | **MM484285** |

```
REMIT TO:  PNC Bank, N.A.
           POLARTEC, LLC
           Account No. 8026569672
           Swift Code: PNCCUS33.
                   USA
```

| SOLD TO | SHIP TO |
|---|---|
| Extreme Sports Divas LLC<br>Wendy Gavinski<br>327 Market Street<br>Oregon<br>WI             53575<br>USA | TopHand lmtd Limited<br>Linda Wang<br>Unit A,623 Yizhuang Road,<br>Xiuzhou New Area Jiaxing<br>Zhejiang    314033<br>CHINA |

PXM                                                                                                             SR

| ORDERING CUSTOMER | PAYMENT TERMS | VAT ID |
|---|---|---|
|  | Net 30 | NL 821444852B01 |

| SHIP VIA | SHIPMENT TERMS | LOAD NUMBER |
|---|---|---|
| FEDEX PRIORITY | EXW-LAWRENCE,MA USA | 262011 |

| CUSTOMER NO. | SALESPERSON | CUSTOMER PURCHASE ORDER NO. | BILL OF LADING | ORDER NO. |
|---|---|---|---|---|
| 16708 | Lynne Richardson | SAMPLESTOPHAND | 000000000548751 | 475573 |

| ITEM | DESCRIPTION | QUANTITY | UM | PRICE | AMOUNT | CUR |
|---|---|---|---|---|---|---|
| **6685X49990A** | **LAMN HVY NYL WOV/TRICT**<br><br>PIMENTO/LIGHT GREY<br>75% NYLON, 25% POLYESTER<br>COMPOSED OF THE FOLLOWING COMPONENTS:<br>FACE: 100% NYLON<br>BACK: 100% POLYESTER<br>FUNCTIONAL LAYER: 100% POLYURETHANE<br>5407.42.0000   WOVEN FACE<br>Country of Origin:   CHINA | 5.000<br>5.468 | M<br>YD | 23.9000 | 119.50 | USD |
| **NST1-13** | **NEO SHELL TAPE 1-13**<br><br>79% TRANSPARENT POLYURETHANE<br>FILM, 21% DYED POLYAMIDE KNIT<br>5903.20.1000   FABRIC LAMINATED WITH POLYURET<br>Country of Origin:   BELGIUM | 100.000<br>109.362 | M<br>YD | .4400 | 44.00 | USD |
| **NST1-20** | **NEO SHELL TAPE 1-20**<br><br>79% TRANSPARENT POLYURETHANE<br>FILM, 21% DYED POLYAMIDE KNIT<br>5903.20.1000   FABRIC LAMINATED WITH POLYURET<br>Country of Origin:   BELGIUM | 100.000<br>109.362 | M<br>YD | .4400 | 44.00 | USD |
| **NST2-20** | **NEO SHELL TAPE 2-20**<br><br>79% TRANSPARENT POLYURETHANE<br>FILM, 21% DYED POLYAMIDE KNIT<br>5903.20.1000   FABRIC LAMINATED WITH POLYURET<br>Country of Origin:   BELGIUM | 100.000<br>109.362 | M<br>YD | .4400 | 44.00 | USD |
| **NST2-13** | **NEO SHELL TAPE 2-13** | 100.000 | M | .4400 | 44.00 | USD |

**ALL CLAIMS TO BE REPORTED WITHIN TEN DAYS AFTER RECEIPT OF GOODS.   NO ALLOWANCES MADE AFTER GOODS ARE CUT.**
GOODS DELIVERED TO COMMON CARRIERS OR SENT VIA PARCEL POST ARE AT THE RISK OF THE PURCHASER.
FABRICS LISTED HEREIN ARE CLASSIFIED CLASS I, WHEN TESTED IN ACCORDANCE WITH COMMERCIAL STANDARD 191-53.

# POLARTEC, LLC

46 STAFFORD STREET, P.O. BOX 809, LAWRENCE, MA 01842-1609 - U.S.A. - TEL(978)685-6341 FAX(978)975-2595

```
REMIT TO:  PNC Bank, N.A.
           POLARTEC, LLC
           Account No. 8026569672
           Swift Code: PNCCUS33.
                USA
```

| | SOLD TO | | SHIP TO |
|---|---|---|---|
| | Extreme Sports Divas LLC<br>Wendy Gavinski<br>327 Market Street<br>Oregon<br>WI                    53575<br>USA | | TopHand lmtd Limited<br>Linda Wang<br>Unit A,623 Yizhuang Road,<br>Xiuzhou New Area Jiaxing<br>Zhejiang    314033<br>CHINA |

PXM                                                                                                       SR

| ORDERING CUSTOMER | PAYMENT TERMS | VAT ID |
|---|---|---|
|  | Net 30 | NL 821444852B01 |

| SHIP VIA | SHIPMENT TERMS | LOAD NUMBER |
|---|---|---|
| FEDEX PRIORITY | EXW-LAWRENCE,MA USA | 262011 |

| CUSTOMER NO. | SALESPERSON | CUSTOMER PURCHASE ORDER NO. | BILL OF LADING | ORDER NO. |
|---|---|---|---|---|
| 16708 | Lynne Richardson | SAMPLESTOPHAND | 000000000548751 | 475573 |

| ITEM | DESCRIPTION | QUANTITY | UM | PRICE | AMOUNT | CUR |
|---|---|---|---|---|---|---|
|  |  | 109.362 | YD |  |  |  |
|  | 79% TRANSPARENT POLYURETHANE<br>FILM, 21% DYED POLYAMIDE KNIT<br>5903.20.1000   FABRIC LAMINATED WITH POLYURET<br>Country of Origin:  BELGIUM |  |  |  |  |  |
|  | **SUB TOTAL:** |  |  |  | **295.50** | USD |
|  | **TOTAL AMOUNT DUE:** |  |  |  | **295.50** | USD |
|  | TOTAL QTY: | 405.000 | M |  |  |  |
|  | TOTAL QTY: | 442.916 | YD |  |  |  |
|  | TOTAL WEIGHT: | 50.270 | LB | 22.802 KG |  |  |

```
SAMPLES   1cut 1ctn 9lbs
frt pd by customer
trk# 5564 9515 4526, 3/6
```

This invoice is subject to a late payment charge of 1.5% per month if not paid by its due date

\* \* \*  END OF INVOICE \* \* \*

**ALL CLAIMS TO BE REPORTED WITHIN TEN DAYS AFTER RECEIPT OF GOODS.   NO ALLOWANCES MADE AFTER GOODS ARE CUT.**
GOODS DELIVERED TO COMMON CARRIERS OR SENT VIA PARCEL POST ARE AT THE RISK OF THE PURCHASER.
FABRICS LISTED HEREIN ARE CLASSIFIED CLASS I, WHEN TESTED IN ACCORDANCE WITH COMMERCIAL STANDARD 191-53.

# POLARTEC, LLC

## PACKING LIST

CARRIER

FEDEX PRIORITY

**SOLD TO**  
Extreme Sports Divas LLC  
Wendy Gavinski  
327 Market Street  
Oregon  
WI    53575

**SHIP TO**  
Junnyinterowrk Corperation  
#814, Indeokwon Sung jee  
starwith,954-6,Gwanyang dong,  
Dongan-gu Anyang-siGyeonggi-do  
KOREA, REPUBLIC OF

Customer#  16708                               Load#  262010

**CUSTOMER PO** JUNNYSAMPLES       **ORDER** 475572       **LN**  1

ITEM  **6685X49990A**                    **LAMN HVY NYL WOV/TRICT**  
                                          PIMENTO/LIGHT GREY

| Container | Shop Order | Net Qty | Gross Wgt | Net Wgt | Width | Std Diam | Std Vol |
|---|---|---|---|---|---|---|---|
| BIR1653203 | F62585 | 5.468 YD | 50.270 lb | 48.286 lb | 57 in | 2 in | .1 ft3 |
|  |  | 5.000 M | 22.802 kg | 21.902 kg | 145 cm | 5 cm | .0 m3 |
| SUBTOTAL |  | 5.468 YD | 50.270 lb | 48.286 lb |  |  | .1 ft3 |
| 1 Roll |  | 5.000 M | 22.802 kg | 21.902 kg |  |  | .0 m3 |
| SUBTOTAL |  | .000 YD | .000 lb | .000 lb |  |  | .0 ft3 |
| 0 Rolls |  | 100.000 M | .000 kg | .000 kg |  |  | .0 m3 |
| SUBTOTAL |  | .000 YD | .000 lb | .000 lb |  |  | .0 ft3 |
| 0 Rolls |  | 100.000 M | .000 kg | .000 kg |  |  | .0 m3 |
| SUBTOTAL |  | .000 YD | .000 lb | .000 lb |  |  | .0 ft3 |
| 0 Rolls |  | 100.000 M | .000 kg | .000 kg |  |  | .0 m3 |
| SUBTOTAL |  | .000 YD | .000 lb | .000 lb |  |  | .0 ft3 |
| 0 Rolls |  | 100.000 M | .000 kg | .000 kg |  |  | .0 m3 |

**PACK LIST TOTAL**

| | | | | | |
|---|---|---|---|---|---|
| **1** Roll | **5.468** YD | **50.270** lb | **48.286** lb | | .1 ft3 |
|  | **405.000** M | **22.802** kg | **21.902** kg | | m3 |

| Harmonization Code | Description |  | Net WT(lbs) | Net WT(kg) |
|---|---|---|---|---|
| 5407420000 | WOVEN FACE |  | 48.286 | 21.902 |

**Summary By Shop Order(s)**

| Shop Order | Quantity | Gross Weight | Net Weight | Number of Pieces |
|---|---|---|---|---|

**Item** 6685X49990A                  **LAMN HVY NYL WOV/TRICT**  
                                       PIMENTO/LIGHT GREY

# POLARTEC, LLC

## PACKING LIST

CARRIER
FEDEX PRIORITY

SOLD TO
Extreme Sports Divas LLC
Wendy Gavinski
327 Market Street
Oregon
WI    53575

SHIP TO
Junnyinterowrk Corperation
#814, Indeokwon Sung jee
starwith,954-6,Gwanyang dong,
Dongan-gu Anyang-siGyeonggi-do
KOREA, REPUBLIC OF

Customer# 16708          Load# 262010

| Container | Shop Order | Net Qty | Gross Wgt | Net Wgt | Width | Std Diam | Std Vol |
|---|---|---|---|---|---|---|---|

**Summary By Shop Order(s)**

| Shop Order | Quantity | Gross Weight | Net Weight | Number of Pieces |
|---|---|---|---|---|
| **Item  6685X49990A** | | **LAMN HVY NYL WOV/TRICT** | | |
| | | PIMENTO/LIGHT GREY | | |
| F62585 | 5.468 YD | 50.270 lb | 48.286 lb | 1 Roll |
| | 5.000 M | 22.802 kg | 21.902 kg | |

# POLARTEC, LLC

## PACKING LIST

CARRIER  
FEDEX PRIORITY

**SOLD TO**  
Extreme Sports Divas LLC  
Wendy Gavinski  
327 Market Street  
Oregon  
WI    53575

**SHIP TO**  
TopHand lmtd Limited  
Linda Wang  
Unit A,623 Yizhuang Road,  
Xiuzhou New Area Jiaxing  
Zhejiang    314033  
CHINA

Customer# 16708                                                       Load# 262011

**CUSTOMER PO** SAMPLESTOPHAND    **ORDER** 475573    **LN** 1

ITEM **6685X49990A**          **LAMN HVY NYL WOV/TRICT**  
                              PIMENTO/LIGHT GREY

| Container | Shop Order | Net Qty | Gross Wgt | Net Wgt | Width | Std Diam | Std Vol |
|---|---|---|---|---|---|---|---|
| BIR1653203 | F62585 | 5.468 YD | 50.270 lb | 48.286 lb | 57 in | 2 in | .1 ft3 |
|  |  | 5.000 M | 22.802 kg | 21.902 kg | 145 cm | 5 cm | .0 m3 |
| SUBTOTAL |  | 5.468 YD | 50.270 lb | 48.286 lb |  |  | .1 ft3 |
| 1 Roll |  | 5.000 M | 22.802 kg | 21.902 kg |  |  | .0 m3 |
| SUBTOTAL |  | .000 YD | .000 lb | .000 lb |  |  | .0 ft3 |
| 0 Rolls |  | 100.000 M | .000 kg | .000 kg |  |  | .0 m3 |
| SUBTOTAL |  | .000 YD | .000 lb | .000 lb |  |  | .0 ft3 |
| 0 Rolls |  | 100.000 M | .000 kg | .000 kg |  |  | .0 m3 |
| SUBTOTAL |  | .000 YD | .000 lb | .000 lb |  |  | .0 ft3 |
| 0 Rolls |  | 100.000 M | .000 kg | .000 kg |  |  | .0 m3 |
| SUBTOTAL |  | .000 YD | .000 lb | .000 lb |  |  | .0 ft3 |
| 0 Rolls |  | 100.000 M | .000 kg | .000 kg |  |  | .0 m3 |

**PACK LIST TOTAL**

| | | | | | |
|---|---|---|---|---|---|
| 1 Roll | 5.468 YD | 50.270 lb | 48.286 lb |  | .1 ft3 |
|  | 405.000 M | 22.802 kg | 21.902 kg |  | m3 |

| Harmonization Code | Description | | | Net WT(lbs) | Net WT(kg) |
|---|---|---|---|---|---|
| 5407420000 | WOVEN FACE |  |  | 48.286 | 21.902 |

**Summary By Shop Order(s)**

| Shop Order | Quantity | Gross Weight | Net Weight | Number of Pieces |
|---|---|---|---|---|

**Item** 6685X49990A          **LAMN HVY NYL WOV/TRICT**  
                              PIMENTO/LIGHT GREY

# POLARTEC, LLC

## PACKING LIST

CARRIER
FEDEX PRIORITY

SOLD TO
Extreme Sports Divas LLC
Wendy Gavinski
327 Market Street
Oregon
WI   53575

SHIP TO
TopHand lmtd Limited
Linda Wang
Unit A,623 Yizhuang Road,
Xiuzhou New Area Jiaxing
Zhejiang    314033
CHINA

Customer# 16708                                Load# 262011

| Container | Shop Order | Net Qty | Gross Wgt | Net Wgt | Width | Std Diam | Std Vol |
|---|---|---|---|---|---|---|---|

**Summary By Shop Order(s)**

| Shop Order | Quantity | Gross Weight | Net Weight | Number of Pieces |
|---|---|---|---|---|
| **Item  6685X49990A** | | **LAMN HVY NYL WOV/TRICT** | | |
| | | PIMENTO/LIGHT GREY | | |
| F62585 | 5.468 YD | 50.270 lb | 48.286 lb | 1 Roll |
| | 5.000 M | 22.802 kg | 21.902 kg | |